```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JAIME QUINTERO-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. Cr.S. 1 0-253-JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **STATUS CONFERENCE; EXCLUDING** |
| | ) | **TIME** |
| JAIME QUINTERO-GARCIA, | ) | |
| | ) | Date: January 29, 2013 |
| Defendants. | ) | Time: 9:45 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, attorney for JAIME QUINTERO-GARCIA that the status conference hearing date of January 22, 2013, be vacated, and the matter be set for status conference on January 29, 2013, at 9:45 a.m.

The reason for the continuance is to allow defense counsel to visit Mr. Quintero-Garcia once more for the purpose of obtaining his signature on the plea agreement and answering any last questions he may have.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 29, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare]

/ / /

/ / /

and Local Code T4 based upon continuity of counsel.

DATED: January 17, 2013          Respectfully submitted,

                                          JOSEPH SCHLESINGER
                                          Federal Public Defender

                                          /s/ Courtney Fein
                                          COURTNEY FEIN
                                          Assistant Federal Defender
                                          Designated Counsel for Service
                                          Attorney for JAIME QUINTERO-GARCIA

DATED: January 17, 2013          BENJAMIN WAGNER
                                          United States Attorney

                                          /s/ Courtney Fein for
                                          NIRAV DESAI
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 22, 2013, status conference hearings be continued to January 29, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the January 29, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 1/17/2013                       /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Court Judge